Jill Wittenbrader, ABA No. 9211109
Law Office of Jill Wittenbrader, LLC
506 Marine Way, Suite 3
Kodiak, AK 99615
Telephone: (907)486-1004
Fax: (907)486-1014
jillwitt@gmail.com
kodiaklegal@gmail.com

Attorney for Nicola Belisle and Deborah Hopkins

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NICOLA BELISLE, Executrix of the Estate of Richard W. Belisle and DEBORAH HOPKINS, Executrix of the Estate of James Hopkins<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | WRONGFUL DEATH COMPLAINT<br><br>Case No. |

COMES NOW, Plaintiffs, NICOLA BELISLE and DEBORAH HOPKINS, by and though counsel of record, Law Office of Jill Wittenbrader, LLC, and allege against Defendant, UNITED STATES OF AMERICA, as follows:

1. Plaintiff, Nicola Belisle, is duly appointed, qualified and acting Executrix of the Estate of Richard Belisle.

2. Deborah L. Hopkins is duly appointed, qualified and acting Executrix of the Estate of James Hopkins.

3. Plaintiffs bring this action for the benefit of decedents' estates, under the applicable provisions of the Federal Tort Claims Act, 28 U.S.C. Section 2671-2680, and Alaska Statutes 09.55.570 and 09.55.580.

4. The United States District Court, District of Alaska has jurisdiction over the claims as stated herein, and over the parties.

5. This complaint alleges injuries and damages in amounts to be established, but that will exceed $1,000,000.00.

6. The event herein alleged occurred in Kodiak, Alaska.

7. Richard Belisle and James Hopkins were residents of Kodiak, Alaska at the time of their deaths. Plaintiff, Nicola Belisle, is a resident of Kodiak, Alaska Deborah Hopkins, is a former resident of Kodiak, Alaska; she currently resides in Jacksonville, North Carolina.

8. Defendant, United States of America, owns and operates a facility on Kodiak Island, Alaska known as United States Coast Guard Communications Station Kodiak.

9. Both Richard Belisle and James Hopkins died in the manner alleged below on April 12, 2012 while performing their duties at the United States Coast Guard Communications Station Kodiak.

10. On April 12, 2012, at Building T2 (Rigger Shop), United States Coast Guard Communications Station Kodiak, Alaska, United States Coast Guard civilian employee, James Michael Wells unlawfully killed United States Coast Guard Civilian Employee Richard W. Belisle and United States Coast Guard Electronics Technician First Class (ET1) James A. Hopkins.

11. The United States of America, United States Coast Guard, owns and operates the premises known as Building T2 (Rigger Shop), and employed James Wells therein. Defendant, in the exercise of reasonable care, knew or

should have known that James Wells was a disgruntled and dangerous employee who posed a serious threat to other employees in the Rigger Shop. Defendant negligently retained James Wells as employee in the rigger shop despite the fact that he was clearly a dangerous and out-of-control disgruntled employee with numerous reprimands and disciplinary sanctions. Further, the United States of America placed Belisle and Hopkins in harm's way by assigning Hopkins to be Wells' supervisor and appointing Belisle to take over the duties and tasks that Wells' formerly performed and subsequently refused to perform as a disgruntled and recalcitrant employee.

12. The direct, proximate and foreseeable result of the defendant to exercise reasonable care in the supervision and control of Wells as an employee, and the acts of negligence, both of omission and commission, in retaining Wells as an employee, form the basis of this suit and of the damages sustained by Plaintiffs as a result of the death of Richard Belisle and James Hopkins.

13. Further, and in the alternative, Plaintiffs will show that defendant, United States of America, acting through its employees and agents committed acts of negligence of omission and commission, each or all of which were the proximate cause of the occurrence that forms the basis of this suit and of the damages sustained by Plaintiffs as the result of the deaths of Richard Belisle and James Hopkins.

14. Richard Belisle was 51 years of age at the time of his death and had a life expectancy of approximately 79.6 years. Richard Belisle was in good physical health and worked regularly, earning approximately $63,648 dollars

Law Office of Jill Wittenbrader, LLC
506 Marine Way, Suite 3, Kodiak, AK 99615
Phone: 907-486-1004   Fax: 907 486-1014

per year, and devoted his earnings to the care and support of his wife, Nicola Belisle, Plaintiff herein, and their children Amy, Emily and Hannah Belisle.

15. James Hopkins was 41 years of age at the time of his death and had a life expectancy of approximately 78.4 years. James Hopkins was in good physical health and worked regularly, earning approximately $43,077.60 dollars per year, and devoted his earnings to the care and support of his wife, Deborah Hopkins, Plaintiff herein, and their children Patrick Hopkins and Angela Pecoraro.

16. It would be reasonable to anticipate that the decedents would have continued to aid and support their wives and children and to comfort and counsel with them. Further, it would be reasonable to expect that decedents would have rendered services and made pecuniary contributions to Plaintiffs and their children.

17. By reason of negligent acts and omissions of the defendant, Plaintiff, Nicola Belisle and her children have been deprived of the care, maintenance, support, services, advice and counsel that Richard Belisle would, in reasonable probability, have contributed to his family during his lifetime had the decedent lived.

18. By reason of negligent acts and omissions of the defendant, Deborah Hopkins has been deprived of the care, maintenance, support, services, advice and counsel that James Hopkins would, in reasonable probability, have contributed to his family during his lifetime had the decedent lived.

19. For all of the above and foregoing damages, Plaintiff, Nicola Belisle, herein sues for the reasonable and just sum of $770,470 dollars in economic damages for the death of Richard Belisle.

20. For all of the above and foregoing damages, Plaintiff, Deborah Hopkins, herein sues for the reasonable and just sum of $713,000 Dollars in economic damages for the death of James Hopkins.

21. For all of the above and foregoing damages, Plaintiff, Nicola Belisle, herein sues for the reasonable and just sum of $400,000 dollars in non-economic damages for the death of Richard Belisle.

22. For all of the above and foregoing damages, Plaintiff, Deborah Hopkins, herein sues for the reasonable and just sum of $400,000 Dollars in non-economic damages for the death of James Hopkins.

Wherefore, Plaintiffs request that:

1. The defendant be cited to appear and to answer herein, and upon final trial of this case judgment be entered against the defendant for Plaintiff, Nicola Belisle, for damages for the wrongful death of Richard Belisle in the reasonable and just sum of $1,170,470.00;

2. The defendant be cited to appear and to answer herein, and upon final trial of this case judgment be entered against the defendant for Plaintiff, Deborah Hopkins, for damages for the wrongful death of James Hopkins in the reasonable and just sum of $1,113,005.00;

3. Interest at the legal rate compounded annually be awarded to Plaintiffs from the date of the judgment until paid;

4. Plaintiffs recover their attorney's fees and costs of this suit; and

5. Such other and further relief that is just, proper and equitable.

Dated at Kodiak, Alaska, this 20th day of July, 2016.

Law Office of Jill Wittenbrader

_____
Jill Wittenbrader
Attorney for Plaintiffs
ABA No. 9211109